# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
No. 17-1107V
Filed: June 28, 2018
UNPUBLISHED

| | |
|---|---|
| JENNIFER GREEN,<br><br>                Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>                Respondent. | Special Processing Unit (SPU);<br>Damages Decision Based on Proffer;<br>Influenza (Flu) Vaccine; Shoulder<br>Injury Related to Vaccine<br>Administration (SIRVA) |

*John Robert Howie*, Howie Law, PC, Dallas, TX, for petitioner.
*Lisa Ann Watts*, U.S. Department of Justice, Washington, DC, for respondent.

## **DECISION AWARDING DAMAGES**[1]

**Dorsey**, Chief Special Master:

      On August 16, 2017, petitioner filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleges that she suffered a right shoulder injury related to vaccine administration ("SIRVA") due to her October 1, 2016 influenza ("flu") vaccination. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

      On May 11, 2018, a ruling on entitlement was issued, finding petitioner entitled to compensation for SIRVA. On June 28, 2018, respondent filed a proffer on award of compensation ("Proffer") indicating petitioner should be awarded $90,000.00. Proffer at 1. In the Proffer, respondent represented that petitioner agrees with the proffered

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

award.  Based on the record as a whole, the undersigned finds that petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **the undersigned awards petitioner a lump sum payment of $90,000.00 in the form of a check payable to petitioner, Jennifer Green.**  This amount represents compensation for all damages that would be available under § 300aa-15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

                                                **s/Nora Beth Dorsey**
                                                Nora Beth Dorsey
                                                Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## OFFICE OF SPECIAL MASTERS

| | |
|---|---|
| JENNIFER GREEN,<br><br>      Petitioner,<br><br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>      Respondent. | No. 17-1107V<br>Chief Special Master Dorsey<br>ECF-SPU |

### RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

On August 16, 2017, Jennifer Green ("petitioner") filed a petition for vaccine injury compensation alleging that she suffered a right shoulder injury related to vaccine administration ("SIRVA"), a Table injury, following receipt of an influenza ("flu") vaccination administered on October 1, 2016. Respondent filed his Rule 4(c) Report conceding entitlement to compensation on May 10, 2018. The Chief Special Master issued a Ruling on Entitlement on May 11, 2018.

### I.  Items of Compensation

Based upon the evidence of record, respondent proffers that petitioner should be awarded $90,000.00 for her pain and suffering, which represents all elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a).[1]  Petitioner agrees.

---

[1] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief. In particular, respondent would oppose any award for future damages.

## II. Form of the Award

The parties recommend that the compensation provided to petitioner should be made through a lump sum payment of $90,000.00 in the form of a check payable to petitioner.[2] Petitioner agrees.

         Respectfully submitted,

         CHAD A. READLER
         Acting Assistant Attorney General

         C. SALVATORE D'ALESSIO
         Acting Director
         Torts Branch, Civil Division

         CATHARINE E. REEVES
         Deputy Director
         Torts Branch, Civil Division

         HEATHER L. PEARLMAN
         Assistant Director
         Torts Branch, Civil Division

         s/Lisa A. Watts
         LISA A. WATTS
         Senior Trial Attorney
         Torts Branch, Civil Division
         U.S. Department of Justice
         P.O. Box 146
         Benjamin Franklin Station
         Washington, D.C. 20044-0146
         Tel.:   (202) 616-4099

DATED: June 28, 2018

---

[2] Petitioner is a competent adult.   Proof of guardianship is not required in this case.